Exhibit 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-344-531

**Effective Date of Registration:**
March 23, 2023
**Registration Decision Date:**
May 01, 2023

---

### Title

Title of Work: Butterfly in Bloom II

### Completion/Publication

Year of Completion: 2017
Date of 1st Publication: August 29, 2017
Nation of 1st Publication: Canada

### Author

- Author: Elizabeth Mazur
Author Created: 2-D artwork
Citizen of: Canada

### Copyright Claimant

Copyright Claimant: Elizabeth Mazur
360 Ridelle Avenue Apt. 1203, Toronto, ON, M6B 1K1, Canada

### Rights and Permissions

Name: Elizabeth Mazur
Email: emazur16@gmail.com

### Certification

Name: David Denholm
Date: March 23, 2023
Applicant's Tracking Number: EM2023032302



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-344-527

**Effective Date of Registration:**
March 23, 2023
**Registration Decision Date:**
May 01, 2023

---

## Title

Title of Work: Midnight in the Garden II

## Completion/Publication

Year of Completion: 2018
Date of 1st Publication: January 29, 2018
Nation of 1st Publication: Canada

## Author

- Author: Elizabeth Mazur
  Author Created: 2-D artwork
  Citizen of: Canada

## Copyright Claimant

Copyright Claimant: Elizabeth Mazur
360 Ridelle Avenue Apt. 1203, Toronto, ON, M6B 1K1, Canada

## Rights and Permissions

Name: Elizabeth Mazur
Email: emazur16@gmail.com

## Certification

Name: David Denholm
Date: March 23, 2023
Applicant's Tracking Number: EM2023032301

Page 1 of 1

